NUMBER 13-03-449-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

 

IN
THE INTEREST OF TRAVIS JAMES DILLON WARREN, 

A
MINOR CHILD,

____________________________________________________________

 

                              On
appeal from the 36th District Court

                                        of
Aransas County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

         Before
Chief Justice Valdez and Justices Hinojosa and Yañez

                                 Memorandum
Opinion Per Curiam

 

Appellants, James
Warren and Lynn Warren, perfected an appeal from a judgment
entered by the 36th District Court of Aransas
County, Texas, in cause number A-93-0285-CV-A.  No clerk=s record has been filed due to appellants= failure to pay or make arrangements to pay the
clerk=s fee for preparing the clerk=s record.  








If the trial
court clerk fails to file the clerk=s record because the appellant failed to pay or make
arrangements to pay the clerk=s fee for preparing the clerk=s record, the appellate court may dismiss the appeal
for want of prosecution unless the appellant was entitled to proceed without
payment of costs.  Tex. R. App. P. 37.3(b).

Notice was given
to all parties that this appeal was subject to dismissal pursuant to Tex. R. App. P. 37.3(b).  Appellants were given ten days to explain why
the cause should not be dismissed. 
Appellants responded to this Court=s notice; however, said response fails to establish
that appellants are entitled to proceed without payment of costs.

The Court, having
examined and fully considered the documents on file,  is of the opinion that the appeal should be
dismissed for want of prosecution. The appeal is hereby DISMISSED FOR WANT OF
PROSECUTION.

PER CURIAM

 

Memorandum Opinion delivered and 

filed this the 26th day of January,
2006.